UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Aaron Snoen,<br><br>        Plaintiff,<br><br>  vs.<br><br>Chase Bank USA; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:13-cv-01943-WBS-CMK<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: March 14, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE